UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

FILED
February 8, 2006

No. 06-317
CR-92-18

In Re: EDDIE MOBLEY

    Movant

RECEIVED
CHARLOTTE, N.C.

FEB 1 0 2006

Clerk, U. S. Dist. Court
W. Dist. of N. C.

O R D E R

Movant has filed a motion pursuant to 28 U.S.C. Section 2244 for authorization to file a successive application for relief.

The Court denies the motion.

Entered at the direction of Judge Williams with the concurrence of Judge Wilkinson and Judge Motz.

For the Court,

/s/ Patricia S. Connor

CLERK

A Copy, Teste:
Patricia S. Connor, Clerk
[signature]
Deputy Clerk